**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

**WILLIE JAMES EDWARDS**                                                      **PLAINTIFF**

**v.**                                  **Case No: 4:18-cv-00714-KGB**

**DOC HOLLIDAY**                                                              **DEFENDANT**

## JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing without prejudice this case; the relief sought is denied.

It is so adjudged, this the 11th day of February, 2019.

_____
KRISTINE G. BAKER
UNITED STATES DISTRICT JUDGE